UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN RICHAR JAQUE BERMUDEZ,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, Field Office Director of Enforcement and Removal Operations, San Francisco Field Office, Immigration and Customs Enforcement, et al.,<br><br>Respondents. | No. 1:26-cv-00660-TLN-CSK<br><br>**RELATED CASE ORDER** |
| PEDRO PATIA GATICA,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, Field Office Director of Enforcement and Removal Operations, San Francisco Field Office, Immigration and Customs Enforcement, et al.,<br><br>Respondents. | No. 1:26-cv-00922-JLT-CDB |

Examination of the above-captioned actions reveals they are not related within the meaning of Local Rule 123(a).  Although the cases have some similarities, each involves a different plaintiff with unique facts surrounding their arrest and detention.  Assignment of these matters to the same judge is unlikely to effect a substantial savings of judicial effort or be

1

convenient for the parties.

The Court therefore declines to relate the above-captioned actions.

IT IS SO ORDERED.

Date: March 10, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2